| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

GARY A. BEAN, §
§
    Plaintiff, §
§
*versus* §   CIVIL ACTION NO. 1:05-CV-398
§
JO ANNE B. BARNHART, §
Commissioner of Social Security §
Administration, §
§
    Defendant. §

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Court heretofore ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court.  Pursuant to such order, the Court has received and considered the Report of the United States Magistrate Judge Re Application for Attorney's Fees, along with plaintiff's brief and exhibits.  Since the plaintiff's application was unopposed, no objections to the Report of the United States Magistrate Judge will be filed.

The court concludes that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge is **ADOPTED**.  An order granting application for attorney's fees will be entered separately.

SIGNED at Beaumont, Texas, this 25th day of January, 2007.

                                                           MARCIA A. CRONE
                                                   UNITED STATES DISTRICT JUDGE